Abraham FLEMENBAUM, M.D., Leon Flemenbaum, M.D., Plaintiffs–Appellants,

v.

FLORIDA DEPARTMENT OF CHILDREN & FAMILIES, Defendant–Appellee,

* Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

Secretary of the Florida Department of Children & Families, Jerry Regier, in his official capacity, Defendant.

No. 05–12779.

D.C. Docket No. 04–20284–CV–AJ.

United States Court of Appeals, Eleventh Circuit.

April 4, 2006.

Mark Alexander Goldstein, Wolfe & Goldstein, P.A., Miami, FL, for Plaintiffs–Appellants.

Lynn C. Hearn, Deputy Solicitor General, Tallahassee, FL, for Defendant–Appellee.

Before TJOFLAT and HULL, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

Plaintiffs–Appellants Abraham Flemenbaum, M.D. and Leon Flemenbaum, M.D. (the "Flemenbaums") seek to open methadone treatment clinics in Broward County and Miami–Dade County, Florida.

The Flemenbaums filed suit against the Florida Department of Children & Families ("DCF") and its Secretary, alleging that in prohibiting the Flemenbaums from opening methadone clinics, DCF violated the Americans With Disabilities Act ("ADA"), the Rehabilitation Act of 1974 ("Rehabilitation Act"), the Fourteenth Amendment of the United States Constitution, and the Florida Constitution. The district court granted summary judgment to DCF and its Secretary on all counts, and the Flemenbaums appeal the district court's grant of summary judgment on only their ADA and Rehabilitation Act claims.[1]

1. The Flemenbaums do not appeal the district court's entry of summary judgment against them on Counts IV and V of their Second Amended Complaint (the Fourteenth Amend-

After review and oral argument, we affirm the district court's grant of summary judgment in favor of DCF and its Secretary, for the reasons stated in the district court's order of April 29, 2005.

AFFIRMED.

ment claim and the Florida Constitutional claim).